FC

FILED
09/30/2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 6564387 |
|---|---|
| Plaintiff, | Location Code: M13 |
| vs. | ORDER |
| STEVEN A. WILSON, | |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 6564387 (for a total of $75), and for good cause shown,

IT IS ORDERED that the $75 fine ($45 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6564387.

IT IS FURTHER ORDERED that the initial appearance scheduled for October 3, 2019, is VACATED.

DATED this 30th day of September, 2019.

John Johnston
United States Magistrate Judge